UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BETTY KINCAID QUARLES                                    PLAINTIFF

V.                                  CIVIL ACTION NO. 3:25-CV-146-KHJ-MTP

JERRY TRAYLOR, et al.                                    DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure

58, the Court enters this Final Judgment dismissing this case without prejudice.

This case is closed.

SO ORDERED AND ADJUDGED, this 3rd day of April, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE